***E-Filed 7/29/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL A. PANTOJA and MARIA PANTOJA, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br> BANK OF AMERICA; DOE CORPORATIONS 1-10; DOES 1-10, inclusive, <br><br>　　　　Defendants. <br>_____/ | No. C 11-00268 RS <br><br> **ORDER DISMISSING ACTION** |

Plaintiffs Miguel Pantoja and Maria Pantoja twice failed to file an opposition or statement of non-opposition, as required by Civil Local Rule 7-3, to motions to dismiss their first and second amended complaints brought by defendant BAC Home Loan Servicing, LP (sued as Bank of America). Thus, on July 20, 2011, the Court issued an Order requiring plaintiffs to show cause in writing why their case should not be dismissed for failure to prosecute. The Order warned plaintiffs that failure to respond by July 28, 2011 or to appear at a show cause hearing on August 11, 2011would result in dismissal. As plaintiffs failed to file a written response to the Order to Show Cause, no hearing is warranted and this action is now dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: 7/29/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE